[No. 64742-3-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PAUL MOORE, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 64752-1-I.   Division One.   January 24, 2011.]

JERRY JENNINGS ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 64818-7-I.   Division One.   January 24, 2011.]

FREDERICK J. FISCHER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 64854-3-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND EUGENE O'BRIEN, *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.